STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-10-00746-EJD |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| RAFAEL CRUZ ROJAS, | |
| a/k/a Adan Reyes, | |
| a/k/a Alex Rodriguez, | |
| a/k/a Adan Reyes Rodriguez, | |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Rafael Cruz Rojas and moves that the Court quash the arrest warrant issued in connection with the indictment

///

///

NOTICE OF DISMISSAL

v. 8/4/2021

in this case against Rafael Cruz Rojas. The United States has reviewed the state of the evidence in this matter, and determined that it cannot proceed with this prosecution.

DATED: October 21, 2022                                      Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*Thomas A. Colthurst*
_____
THOMAS A. COLTHURST
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against Rafael Cruz Rojas. It is further ordered that the arrest warrant issued in connection with the indictment in this case is quashed.

Date: October 25, 2022

~~HON. BETH LABSON FREEMAN~~
United States District Judge
HON. EDWARD J. DAVILA

NOTICE OF DISMISSAL

v. 8/4/2021